**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-62266-CIV-DAMIAN**

**YOVANI LOPEZ VELASCO,**

Petitioner,

v.

**WARDEN, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT MIRAMAR SUB OFFICE,** *et al.*,

Respondents.
_______________________________________/

**ORDER DISMISSING PETITION AS MOOT**

**THIS CAUSE** is before the Court on the Petitioner, Yovani Lopez Velasco's ("Petitioner") Petition for Writ of Habeas Corpus [ECF No. 1], filed on August 17, 2026.

THE COURT has reviewed the Petition, Respondents' Response to the Order to Show Cause [ECF No. 5], the Order of the Immigration Judge [ECF No. 5-1], the pertinent parts of the record, and the applicable law and is otherwise fully advised.

On August 17, 2026, Petitioner filed a Petition seeking release under reasonable conditions of supervision or, in the alternative, an individualized bond hearing pursuant to 8 U.S.C. § 1226(a). *See* Pet. at 7. One week later, on August 24, 2026, Respondents provided Petitioner a custody redetermination hearing before an Immigration Judge, where Petitioner was ordered released on a $5,000 bond. *See* ECF No. 5-1 at 1. Respondents argue that because Petitioner has received the relief he sought, there is no active case or controversy and the Petition should be dismissed.

Based on the record before this Court, it does appear that Petitioner received the relief he sought in the Petition and the live controversy has been extinguished, so dismissal is

compulsory for mootness. *See Spencer v. Kemna*, 523 U.S. 1, 19 ("[M]ootness, however it may have come about, simply deprives us of our power to act; there is nothing for us to remedy, even if we were disposed to do so."). Accordingly, it is

**ORDERED AND ADJUDGED** that the Petition **[ECF No. 1]** is **DISMISSED AS MOOT**. The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 28th day of August, 2026.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**